UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| RUAL STEPHEN ELDER and | } | CASE NO. R22-40908-BEM |
| TAMMI DRUCILLA ELDER, | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |

**MOTION TO DISMISS**

COMES NOW, K. Edward Safir, Standing Chapter 13 Trustee in the above-styled matter, and files this Motion to Dismiss, respectfully showing the Court as follows:

1.

The Debtors filed for relief under Chapter 13 of Title 11 on August 2, 2022.

2.

Section 109(h), as added to the United States Bankruptcy Code by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, requires that an individual obtain credit counseling within the 180-day period preceding the date of filing in order to be eligible for relief under Title 11 of the United States Code.  11 U.S.C. Section 109(h).

3.

The above-referenced counseling must be obtained from a nonprofit budget and credit counseling agency approved by the United States Trustee and a certificate from the approved agency that provided the credit counseling must be filed with the Court.  11 U.S.C. Section(s) 111 and 521(b).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

4.

Section 109(h)(3) provides a waiver of the credit counseling requirement to individuals with exigent circumstances.  11 U.S.C. Section 109(h)(3).  To obtain this waiver, an individual must file a certification with the Court that

i. describes the exigent circumstances that merit a waiver;

ii. states that he or she requested credit counseling services from an approved credit counseling agency, but was unable to obtain said services during the five-day period beginning on the date on which he or she made the request; and

iii. is satisfactory to the Court.

5.

According to the Court's docket, neither a certificate from an approved agency nor a certificate of exigent circumstances has been filed with the Court.

6.

As the requirements of 11 U.S.C. Section 109(h) have not been met, the Debtors are not eligible for relief under Title 11 of the United States Code.

WHEREFORE, based on the foregoing, the Trustee respectfully requests the Court inquire into the foregoing, dismiss the instant case, and grant such further relief as the Court deems just and proper.

Respectfully submitted this 26th day of August, 2022.

_____/s/_____
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| RUAL STEPHEN ELDER and | } | CASE NO. R22-40908-BEM |
| TAMMI DRUCILLA ELDER, | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |

**NOTICE OF HEARING ON MOTION TO DISMISS**

    **PLEASE TAKE NOTICE** that the Chapter 13 Trustee has filed a **Motion to Dismiss** and related papers with the Court.

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the **motion** at the following number: toll-free number: **(833) 568-8864**; meeting ID **1608620914**, at **10:00 AM** on **September 28, 2022** in Courtroom **342**, United States Courthouse, 600 East First Street, Rome, GA 30161.

    Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, for more information.

    Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 600 East First Street, Room 339, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 26, 2022                        Respectfully submitted,

                                                                                  /s/
                                                     Sonya Buckley Gordon
                                                     Attorney for the Chapter 13 Trustee
                                                     GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

R22-40908-BEM

## **CERTIFICATE OF SERVICE**

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

Rual Stephen Elder
2159 Bowers Rd, NE
Dalton, GA 30721-7159

Tammi Drucilla Elder
2159 Bowers Rd, NE
Dalton, GA 30721-7159

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Saeger & Associates, LLC


This 26th day of August, 2022.


_____/s/_____
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
GA Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com