```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                       ROME DIVISION
```

| | | |
|---|---|---|
| IN RE:  RUAL S. ELDER AND | { | CHAPTER 13 |
|         TAMMI D. ELDER, | { | |
| | { | |
|         DEBTOR(S) | { | CASE NO. R22-40908-BEM |
| | { | |
| | { | JUDGE ELLIS-MONRO |

**OBJECTION TO CONFIRMATION**

COMES NOW K. Edward Safir, Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. § 1322(d). (62   months).

2.  After review of scheduled income and anticipated household expenses, Debtor(s)' proposed budget may fail to provide sufficient funds for ordinary living expenses. 11 U.S.C. § 325(a)(6).

3.  The Chapter 13 Plan fails to provide the complete collateral and purchase date for the claim of Republic Finance, LLC and the purchase date for the claim of Sunrise Acceptance, preventing the Trustee from properly administering this plan.

4.  Though the proposed Chapter 13 plan includes text in Section 3.4, the appropriate box has not been checked for that section, possibly rendering the proposed provision ineffective.

5.  Though the proposed Chapter 13 plan includes provisions in Section 3.4, the appropriate box has not been checked in Section 1.2 possibly rendering those provisions ineffective.

6.  The proposed plan provides for set monthly payments to World Finance.  However, said creditor(s) has filed an unsecured claim and these funds should be reallocated.

7.  The payout of the claim(s) owed to Republic Finance, LLC and Sunrise Acceptance will extend beyond sixty (60) months, contrary to 11 U.S.C. § 1322(d).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

October 11, 2022

/s
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

R22-40908-BEM

**CERTIFICATE OF SERVICE**

      This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

RUAL S. ELDER
2159 BOWERS RD, NE
DALTON, GA 30721-7159

TAMMI D. ELDER
2159 BOWERS RD, NE
DALTON, GA 30721-7159

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES

This 11th day of October, 2022


        /s
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com