**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-40908-BEM |
| | ) | |
| Rual Stephen Elder and | ) | |
| Tammi Drucilla Elder, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE that the Debtors have filed a** preconfirmation modification to the Chapter 13 Plan. The preconfirmation modification may matierally and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

**Your rights may be affected.** **You should read the preconfirmation modification carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

(1) File with the court a written objection, explaining your positions and views as to why the court should not confirm the Chapter 13 Plan, as modified. The written objection must be filed at the following address:

> Clerk, U.S. Bankruptcy Court
> Room 339
> 600 East First Street
> Rome, Georgia 30161

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it not less than seven days before the hearing on confirmation scheduled below.

(2) Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee. You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

Saeger and Associates, LLC
706 S Thornton Ave. Ste. D
Dalton, GA 30720

K. Edward Safir - Chapter 13 Trustee
285 Peachtree Center Ave., N.E.
Suite 1600
Atlanta, GA 30303

    If you or your attorney do not file a timely objection, the court may decide that you do not oppose confirmation of the Chapter 13 plan, as modified.

    A hearing on confirmation of the Chapter 13 Plan, as modified will be held in Courtroom 342, Federal Building, 600 East First Street, Rome, GA, 30161 at 9:30 A.M. on March 15, 2023. You or your attorney must attend the hearing and advocate your position.

Dated:  January 31, 2023

/s/__Dan Saeger_____
Dan Saeger
Georgia Bar No. 680628
SAEGER & ASSOCIATES, LLC
706 S Thornton Ave. Ste. D
Dalton, GA 30720
(P) 706-529-5566

# CERTIFICATE OF SERVICE

I certify that true and correct copies of Debtors' Amended Chapter 13 Plan (Doc 17) and the attached Notice of Hearing on Confirmation have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

All parties on the attached creditor matrix.

The following creditors have been served by Certified Mail in accordance with Fed. R. Bankr. P. 7004(b)(3) and 7004(h) respectively at

Republic Finance
Angela Wichterich – Bankruptcy Specialist
282 Tower Rd
Ponchatoula, LA 70454

Sunrise Acceptance
Loren Martin – Admin Clerk
PO Box 2577
Cleveland, TN 37320

World Acceptance Corp
Shannon Parker – Bankruptcy Manager
PO Box 6429
Greenville, SC 29606

Sunset Finance
Kristin Wilson – Bankruptcy Analyst
520 Mountain View Drive Suite 500
Seneca, SC 29672

This 31st day of January, 2023.

/s/     Dan Saeger
Dan Saeger
Attorney for Debtors
Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave. Ste. D
Dalton, GA 30720
(P) 706-529-5566

```
Label Matrix for local noticing          (p)1ST FRANKLIN FINANCIAL CORPORATION    1st Franklin Financial Corporation
113E-4                                   PO BOX 880                               Attn: Administrative Services
Case 22-40908-bem                        TOCCOA GA 30577-0880                     PO Box 880
Northern District of Georgia                                                      Toccoa, GA 30577-0880
Rome
Tue Jan 31 11:46:52 EST 2023

Dalton Smith Finance                     Rual Stephen Elder                       Tammi Drucilla Elder
2514 E Walnut Ave # 111                  2159 Bowers Rd NE                        2159 Bowers Rd NE
Dalton, GA 30721-8785                    Dalton, GA 30721-7159                    Dalton, GA 30721-7159


First Access                             Ginny's                                  Ginny's  Inc
PO Box 5220                              c/o Creditors Bankruptcy Service         1112 7th Ave
Sioux Falls, SD  57117-5220              P.O. Box 800849                          Monroe, WI 53566-1364
                                         Dallas, TX 75380-0849


Sonya Buckley Gordon                     Hamilton Physicians Group                LVNV Funding, LLC
K. Edward Safir, Standing Chapter 13 Tru PO Box 1900                              Resurgent Capital Services
Suite 1600                               Dalton, GA 30722-1900                    PO Box 10587
285 Peachtree Center Ave, NE                                                      Greenville, SC 29603-0587
Atlanta, GA 30303-1229

Montgomery Ward                          Montgomery Wards                         Nephrology and Hypertension
c/o Creditors Bankruptcy Service         1112 7th Ave                             1506 Broadrick Dr
P.O. Box 800849                          Monroe, WI  53566-1364                   Dalton, GA  30720-3011
Dallas, TX 75380-0849


Parkridge East ER                        Parkridge Medical Center                 Peoples Finance
941 Spring Creek Rd                      Resurgent Capital Services               302 N Glenwood Ave
East Ridge, TN  37412-3909               PO Box 1927                              Dalton, GA  30721-3113
                                         Greenville, SC 29602-1927


Peoples Loan and Finance Corporation     (p)REPUBLIC FINANCE LLC                  SUNRISE ACCEPTANCE
P.O. Box 785                             282 TOWER RD                             PO BOX 2577
Dalton, GA 30722-0785                    PONCHATOULA LA 70454-8318                CLEVELAND, TN 37320-2577


Dan Saeger                               K. Edward Safir                          Sunrise Acceptance
Saeger & Associates, LLC                 Standing Chapter 13 Trustee              1800 Mount Vernon Dr NW
Suite D                                  Suite 1600                               Cleveland, TN  37311-3500
706 S Thornton Ave                       285 Peachtree Center Ave. NE
Dalton, GA 30720-8212                    Atlanta, GA 30303-1259


(p)SUNSET MANAGEMENT CO LLC              Sunset Finance Company                   THE BANK OF MISSOURI
ATTN KRISTIN WILSON                      1415 Highway 761                         2700 S LORRAINE PL
510 MOUNTIAN VIEW DR                     Chatsworth, GA  30705                    SIOUX FALLS, SD 57106-3657
SUITE 500
SENECA SC 29672-2145

Vascular Institute of Chattanooga        World Finance                            World Finance c/o World Acceptance Corp.
2358 Lifestyle Way Ste 100               PO Box 6429                              Attn: Bankruptcy Processing Center
Chattanooga, TN  37421-4907              Greenville, SC 29606-6429                PO Box 6429
                                                                                  Greenville, SC 29606-6429
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 1st Franklin Financial<br>135 E Tugalo St<br>Toccoa, GA  30577-2357 | Republic Finance Inc.<br>1275 N Glenwood Ave<br>Dalton, GA  30721-2603 | (d)Republic Finance, LLC<br>282 Tower Rd.<br>Ponchatoula, La  70454 |
| Sunset Finance CO., LLC.<br>510 Mountain View Drive<br>Suite 500<br>Seneca, SC 29672 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     0<br>Total                  29 | |