**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-40908-BEM |
| | ) | |
| Rual Stephen Elder and | ) | |
| Tammi Drucilla Elder, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF MANNER OF SERVICE**

I hereby certify that I have this day served the Chapter 13 Plan (Doc. 17) and Notice of Hearing (Doc 19) by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail in accordance with Fed. R. Bankr. P. 7004 and addressed to following parties:

Republic Finance
Angela Wichterich – Bankruptcy Specialist
282 Tower Rd
Ponchatoula, LA 70454

Sunrise Acceptance
Loren Martin – Admin Clerk
PO Box 2577
Cleveland, TN 37320

World Acceptance Corp
Shannon Parker – Bankruptcy Manager
PO Box 6429
Greenville, SC 29606

Sunset Finance
Kristin Wilson – Bankruptcy Analyst
520 Mountain View Drive Suite 500
Seneca, SC 29672

This the 1st day of February, 2023.

/s/
Dan Saeger
Attorney for Debtors

                                                                                                     Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave. Ste. D
Dalton, GA 30720
(P) 706-529-5566